Susan St. Vincent
Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO:  6:15-mj-058-MJS |
| Plaintiff, | |
| v. | STIPULATION TO VACATE STATUS CONFERENCE; AND ORDER THEREON |
| RUSSELL FOWLER WINSLOW, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Matthew Mcnease, the acting legal officer for the National Park Service, and Defendant Russell Fowler Winslow, by and through his attorney of record, Hamilton Arendsten, that the Status Conference in the above-captioned matter set for November 17, 2015 shall be vacated.  The parties have reached a resolution that includes dismissal of the pending charges and issuance of bailable citations which defendant will pay to the Central Violation Bureau.  The parties hereby request the pending matter be taken off the Court calendar.

///

///

1

Once the agreement terms have been completed, the Government will file a Motion to Dismiss. In the alternative if terms of the agreement are not completed, the Government will notify the Court of a request to put the matter back on calendar.

Dated:  November 5, 2015  /S/ Matthew McNease
Matthew McNease
Acting Legal Officer
Yosemite National Park

Dated:  November 5, 2015  /S/ Hamilton Arendsen
Hamilton Arendsen
Attorney for Defendant
Russell Fowler Winslow

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the November 17, 2015 status conference in the matter of *U.S. V. Russell Fowler Winslow,* 6:15-mj-058-MJS, is vacated.

IT IS SO ORDERED.

Dated:   November 5, 2015           /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE